```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF MISSOURI
                         EASTERN DIVISION
```

JAMES LEE SHIELDS,            )
                              )
          Plaintiff,          )
                              )
     vs.                      )     No. 4:06-CV-682 (CEJ)
                              )
STEVE LONG, et al.,           )
                              )
          Defendant.          )

## ORDER

According to the Court record, the complaint in this action, filed on April 24, 2006, has not been served upon defendants Tim Watson, Linda D. Wilkson, and B. Halbert. Summonses to these defendants were returned unexecuted, with the notation that they were no longer employed by the Missouri Department of Corrections and that their forwarding addresses were unavailable. Plaintiff has not provided alternative addresses for these defendants. Also, it appears that the Clerk of Court has not been instructed to issue summons for defendant Linda Edgar.

Accordingly,

**IT IS HEREBY ORDERED** that, pursuant to Fed.R.Civ.P. 4(m), plaintiff shall, not later than **April 24, 2007**, show cause in writing why this action should not be dismissed without prejudice as to defendants Tim Watson, Linda D. Wilkson, and B. Halbert for lack of timely service.

**IT IS FURTHER ORDERED** that the Clerk of Court shall issue process or cause process to issue upon the complaint as to defendant Linda Edgar.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of April, 2007.